# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| RITA MATTSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NORTH AMERICAN VAN LINES, INC., ) <br> ) <br> Defendant. ) | No. 05-685-CV-W-DW |

## ORDER OF DISMISSAL

Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 51). Pursuant to the Stipulation, this case is hereby DISMISSED WITH PREJUDICE with each party to pay their own costs. The Clerk of the Court shall mark this case as closed.

Date:   July 11, 2007                                      /s/ Dean Whipple
                                                                  Dean Whipple
                                                         United States District Judge